# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KOREY KITCHEN**                                                                                          **PLAINTIFF**

**v.**                            **CASE NO. 3:15CV00147-BSM-JTK**

**CRAIGHEAD COUNTY DETENTION CENTER, et al.**                          **DEFENDANTS**

## ORDER

This case is dismissed without prejudice because plaintiff Korey Kitchen did not comply with the October 29, 2015, order [Doc. No. 2] directing him to pay the filing fee or file an application to proceed *in forma pauperis*. *See* Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 7th day of December 2015.

_____
UNITED STATES DISTRICT JUDGE