# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**KOREY KITCHEN**                                                                                       **PLAINTIFF**

**v.**                          **CASE NO. 3:15CV00147-BSM-JTK**

**CRAIGHEAD COUNTY DETENTION CENTER, et al.**                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered separately today, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 7th day of December 2015.

_____
UNITED STATES DISTRICT JUDGE